IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

STACY R. JOHNSON                                                                                           PLAINTIFF

v.                                    Case No.: 4:07-cv-4068

JERRY CRANE, Hempstead County Sheriff;
LOUISE PHILLIPS, Hempstead County Jail Administrator                        DEFENDANTS

## JUDGMENT

For the reasons stated in the memorandum opinion of this date, I find the Defendant's motion for summary judgment (Doc. 13) should be and hereby is **GRANTED**. This case is dismissed with prejudice.

**IT IS SO ORDERED** this **1st day of May 2008.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE